UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMANDEEP SINGH,<br><br>Petitioner,<br><br>v.<br><br>JEREMY CASEY, et al.,<br><br>Respondents. | No. 1:26-cv-01134-DC-SCR (HC)<br><br>ORDER TRANSFERRING MATTER TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA |

On February 9, 2026, Petitioner, an immigration detainee, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a motion for a temporary restraining order, challenging his detention in U.S. Immigration and Customs Enforcement ("ICE") custody. (Doc. Nos. 1, 2.) In those filings, Petitioner alleges that he is currently detained at the Imperial Regional Adult Detention Facility, which is located in Imperial County, California, and thus venue is proper in the Southern District of California. (Doc. No. 1 at 3.) Indeed, Imperial County is located in an area covered by the United States District Court for the Southern District of California—not this district. Jurisdiction over this § 2241 petition is proper only in the district of confinement. *See Doe v. Garland*, 109 F.4th 1188, 1197-98 (9th Cir. 2024).

Thus, in the interests of justice this action will be transferred to the United States District Court for the Southern District of California pursuant to 28 U.S.C. § 1631.

Accordingly,

1

1.      This matter is transferred to the United States District Court for the Southern District of California; and

2.      The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:     **February 10, 2026**

Dena Coggins
United States District Judge

2